IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GUTIERREZ, ) | 1:11-cv-00827 AWI GSA PC |
| ) | |
| ) | ORDER VACATING FINDINGS |
| Plaintiff, ) | AND RECOMMENDATIONS |
| ) | |
| v. ) | |
| ) | |
| C. NORTON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action.  On February 7, 2012, findings and recommendations were entered, recommending that this action be dismissed for failure to state a claim upon which relief could be granted.  Plaintiff was granted thirty days in which to file objections.  The recommendation was based on the December 28, 2011, order dismissing the original complaint and granting Plaintiff leave to file an amended complaint.  A review of the docket reveals that Plaintiff filed a first amended complaint on February 6, 2007.  The recommendation of dismissal should therefore be vacated.

    On February 23, 2012, Plaintiff filed a document styled as a request to settle this action.  No defendant has been served, and no defendant has entered an appearance in this action.  Any request for settlement is therefore premature and will be disregarded.

    Accordingly, IT IS HEREBY ORDERED that:

  1. The February 7, 2012, findings and recommendations are vacated.

  2. This action proceeds on the February 6, 2007, first amended complaint.

IT IS SO ORDERED.

Dated:   **March 14, 2012**                                 **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE