1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO GUTIERREZ,                        1:11-cv-00827-AWI-GSA-PC

12            Plaintiff,                      ORDER ADOPTING FINDINGS
                                             AND RECOMMENDATIONS
13        vs.                                (Doc. 19.)

14   C. NORTON, et al.,                       ORDER DISMISSING ACTION  FOR
                                             FAILURE TO STATE A CLAIM UPON
15                                           WHICH RELIEF MAY BE GRANTED
                                             UNDER SECTION 1983, WITH LEAVE
16            Defendants.                    TO FILE A HABEAS PETITION

17                                           ORDER THAT DISMISSAL IS SUBJECT
                                             TO 28 U.S.C. § 1915(g)
18
                                             ORDER DIRECTING CLERK TO CLOSE CASE
19   _____/

20        Mario Gutierrez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

21   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

22   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23        On June 29, 2012, findings and recommendations were filed, recommending that this action

24   be dismissed for failure to state a claim upon which relief may be granted under § 1983, with leave

25   to file a habeas petition.  On July 12, 2012, Plaintiff filed objections to the findings and

26   recommendations.  (Doc. 20.)

27   ///

28                                           1

1        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

2    Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file,

3    including Plaintiff's objections, the Court finds the findings and recommendations to be supported by

4    the record and proper analysis.

5        Accordingly, THE COURT HEREBY ORDERS that:

6        1.    The Findings and Recommendations filed by the Magistrate Judge on June 29, 2012,

7              are adopted in full;

8        2.    This action is dismissed for failure to state a claim upon which relief may be granted

9              under 42 U.S.C. § 1983, with leave to file a petition for writ of habeas corpus;

10       3.    This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. §

11             1915(g); and

12       4.    The Clerk of Court is directed to close this case.

13   IT IS SO ORDERED.

14
     Dated:    August 19, 2012
15                                              CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2