IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GUTIERREZ, | 1:11-cv-00827-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 19.) |
| C. NORTON, et al., | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983, WITH LEAVE |
| Defendants. | TO FILE A HABEAS PETITION |
| | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g) |
| | ORDER DIRECTING CLERK TO CLOSE CASE |

Mario Gutierrez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2012, findings and recommendations were filed, recommending that this action be dismissed for failure to state a claim upon which relief may be granted under § 1983, with leave to file a habeas petition. On July 12, 2012, Plaintiff filed objections to the findings and recommendations. (Doc. 20.)

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations filed by the Magistrate Judge on June 29, 2012, are adopted in full;
2. This action is dismissed for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983, with leave to file a petition for writ of habeas corpus;
3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g); and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     August 19, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

2